UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In re Keith Champagne                                    Case No. 08-mc-020-GZS

O R D E R

On Tuesday, April 1, 2008, Keith Champagne was subpoenaed to appear and testify in

the case of United States v. Daniel Riley, et al., 07-cr-189-GZS.   After the court conducted an

initial colloquy regarding the potential of incriminating himself should he testify, Mr.

Champagne invoked his fifth amendment right to counsel.  Based on the information known, it

was presumed that Mr. Champagne was a financially eligible person entitled to court appointed

counsel pursuant to 18 U.S.C. § 3006A.   Thus, based on this presumption of indigency, and

finding that the interests of justice so require, the court appointed Douglas J. Miller to represent

and advise Mr. Champagne during the course of the trial.

SO ORDERED.

Date: April 9, 2008

George Z. Singal
District  Judge

cc:     Counsel of Record
        Douglas J. Miller, Esq.
        Keith Champagne